**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FREIGHT INNOVATION LLC,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **FELLOWSHIP WAREHOUSING &** | : | |
| **LOGISTICS LLC,** *et al.*, | : | **NO. 25-2559** |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **8th** day of **July 2026**, upon consideration of the Motion of Defendants Fellowship Warehousing & Logistics LLC, Milliard Enterprises LLC d/b/a Milliard Brands, and Lakewood Candies LLC d/b/a Milliard Brands for Leave to File Document Under Seal (the "Defendants' Motion") (ECF No. 120), and the docket, it is hereby **ORDERED** as follows:

1. Defendants' Motion (ECF No. 120) is **DENIED WITHOUT PREJUDICE** for the reasons stated in the accompanying memorandum opinion.

2. Should Plaintiff continue to maintain that Defendants' Answer and Affirmative Defenses to Plaintiff's First Amended Complaint (the "Answer") (ECF No. 116) contains confidential information that needs to remain sealed, Plaintiff shall file an appropriate Motion to Seal on or before **July 22, 2026**, detailing the basis for its position and how the standard set forth by the Third Circuit has been satisfied as to each redaction. *See, e.g.*, *In re Avandia Mktg., Sales Pracs. & Prods. Liab. Litig.*, 924 F.3d 662, 670 (3d Cir. 2019). If Plaintiff does not file a Motion to Seal on or before **July 22, 2026**, the Court intends to unseal Defendants' Answer (ECF No. 116).

2

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**

2