**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FREIGHT INNOVATION LLC,** *Plaintiff,* | : | **CIVIL ACTION** |
| **v.** | : | **No. 25-2559** |
| **FELLOWSHIP WAREHOUSING & LOGISTICS LLC, *et al.*,** *Defendants.* | : | |

**ORDER**

**AND NOW**, this **21st** day of **August 2026**, upon consideration of Defendant Chaim Gross's Motion to Dismiss in Part Plaintiff's First Amended Complaint (ECF No. 109), Defendant Shani Gross's Motion to Dismiss in Part Plaintiff's First Amended Complaint (ECF No. 110), Defendant FoamTex LLC's Motion to Dismiss in Part Plaintiff's First Amended Complaint (ECF No. 111), Defendants SmartShip Network LLC, Yaakov Landsman, and Samuel Greenwald's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 115), Plaintiff Freight Innovation LLC's Consolidated Opposition to Defendants FoamTex LLC's, Chaim Gross's, and Shani Gross's Motions to Dismiss, in Part, Plaintiff's First Amended Complaint (ECF No. 123), Defendant Simcha Newmark's Motion to Dismiss in Part Plaintiff's First Amended Complaint (ECF No. 132), Plaintiff Freight Innovation LLC's Opposition to Defendants SmartShip Network LLC, Yaakov Landsman, and Samuel Greenwald's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 136), Defendants SmartShip Network LLC, Yaakov Landsman, and Samuel Greenwald's Reply in Further Support of Their Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 138), Plaintiff Freight Innovation LLC's Opposition to Defendant Simcha Newmark's Motion to Dismiss, in Part, Plaintiff's First Amended Complaint (ECF No. 145), and the docket, it is hereby **ORDERED** as follows:

1. Defendant Chaim Gross's Motion to Dismiss in Part Plaintiff's First Amended Complaint for lack of personal jurisdiction (ECF No. 109) is **GRANTED** for the reasons stated in the accompanying memorandum opinion. All claims asserted against Chaim Gross in the First Amended Complaint (ECF No. 78) are **DISMISSED WITHOUT PREJUDICE**.
2. Defendant Shani Gross's Motion to Dismiss in Part Plaintiff's First Amended Complaint for lack of personal jurisdiction (ECF No. 110) is **GRANTED** for the reasons stated in the accompanying memorandum opinion. All claims asserted against Shani Gross in the First Amended Complaint (ECF No. 78) are **DISMISSED WITHOUT PREJUDICE**.
3. Defendant FoamTex LLC's Motion to Dismiss in Part Plaintiff's First Amended Complaint for lack of personal jurisdiction (ECF No. 111) is **GRANTED** for the reasons stated in the accompanying memorandum opinion. All claims asserted against FoamTex LLC in the First Amended Complaint (ECF No. 78) are **DISMISSED WITHOUT PREJUDICE**.
4. Defendant Simcha Newmark's Motion to Dismiss in Part Plaintiff's First Amended Complaint for lack of personal jurisdiction (ECF No. 132) is **GRANTED** for the reasons stated in the accompanying memorandum opinion. All claims asserted against Simcha Newmark in the First Amended Complaint (ECF No. 78) are **DISMISSED WITHOUT PREJUDICE**.
5. Defendants SmartShip Network LLC, Yaakov Landsman, and Samuel Greenwald's Motion to Dismiss Plaintiff's First Amended Complaint for failure to state a claim (ECF No. 115) is **GRANTED** for the reasons stated in the accompanying memorandum

opinion. The claims asserted against SmartShip Network LLC, Yaakov Landsman, and Samuel Greenwald in the First Amended Complaint (ECF No. 78) are dismissed as follows: Count III is **DISMISSED WITHOUT PREJUDICE** against Samuel Greenwald and Yaakov Landsman in light of Plaintiff's voluntary withdrawal of the claim; Count III is **DISMISSED WITH PREJUDICE** against SmartShip Network LLC; and Count IV is **DISMISSED WITH PREJUDICE** against SmartShip Network LLC, Samuel Greenwald, and Yaakov Landsman.

6. The Court will deny leave to amend as futile for the reasons stated in the accompanying memorandum opinion.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**